Núm. 49.—IN RE REY GONZÁLEZ.— Febrero 21, 1940.

POR CUANTO, en un procedimiento de *disbarment* radicado por el fiscal de este tribunal, por delegación del Attorney General de Puerto Rico, se imputó al querellado Alfonso Rey González la comisión de varios actos delictivos en relación con el ejercicio de la profesión de abogado-notario, consistentes no solamente en dejar de adherir las correspondientes estampillas de rentas internas a algunas escrituras matrices que se relacionan en la querella, sino que con la intención de defraudar al Tesoro Insular desprendió estampillas de rentas internas ya adheridas y canceladas a las matrices de protocolos anteriores, adhiriéndolas nuevamente a escrituras autorizadas con posterioridad por dicho notario;

POR CUANTO, el querellado Alfonso Rey González además de radicar moción confesándose culpable de las violaciones de ley imputádasle compareció a la vista y reiteró su confesión de culpabilidad, si bien solicitando clemencia del tribunal por varias razones, ninguna de las cuales establece una excepción a la jurisprudencia sentada en los casos *In re Figueroa Maestre,* 20 D.P.R. 425 y 466, *In re Angel Torregrosa,* 25 D.P.R. 637, y otros resueltos posteriormente;

POR TANTO, vistas la ley, la jurisprudencia y la admisión de culpabilidad del querellado Alfonso Rey González, la corte se siente obligada a declarar con lugar la petición a cuyo fin ordena que el querellado Alfonso Rey González cese inmediatamente y quede separado del ejercicio de la profesión de abogado-notario, que su nombre

como tal abogado-notario sea borrado de los registros correspondientes obrantes en la Secretaría de este tribunal y que esta resolución sea notificada a los tribunales insulares así como al Tesorero y al Secretario Ejecutivo de Puerto Rico.